# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

MICHAEL WADE TOMLINSON

## CRIMINAL COMPLAINT
(Electronically Submitted)

CASE NUMBER:   26-4134 MJ CDB

I, the undersigned complainant, state under oath that the following is true and correct to the best of my knowledge and belief:

**Count 1: On or about April 24, 2026, in Apache County, in the District of Arizona, the defendant, Michael Wade Tomlinson, did knowingly, intentionally, and forcibly assault, resist, oppose, impede, intimidate, and interfere with National Park Service Officer, T.M., a person designated under Title 18, United States Code, Section 1114 as a federal officer at that time, while T.M. was engaged in and on account of the performance of his official duties, and in doing so the defendant made physical contact with Officer T.M., in violation of Title 18, United States Code, Section 111(a)(1), a class D felony.**

**Count 2: On or about April 24, 2026, in Apache County, in the District of Arizona, within Petrified Forest National Park, the defendant, Michael Wade Tomlinson, did operate and was in actual physical control of a motor vehicle, while under the influence of alcohol, to a degree that rendered the defendant incapable of safe operation, in violation of 36 C.F.R. Sections 1.3 and 4.23(a)(1), a class B misdemeanor.**

I further state that I am a ranger and officer with the National Park Service, and that this Complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof:  ☒  Yes  ☐  No

REVIEWED BY:  *AUSA Dondi Osborne*

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.**

Troy Merrell, Ranger/Officer, National Park Service
Complainant's Name and Title

TROY MERRELL
Digitally signed by TROY MERRELL
Date: 2026.04.25 13:57:15 -07'00'

Complainant's Signature          Date

- 1 -

 X  Sworn by Telephone

- 2 -

_____        Flagstaff, Arizona
Date/Time                               City and State

                                        Camille D.   Digitally signed by
                                                     Camille D. Bibles
Camille D Bibles, U.S. Magistrate Judge  Bibles      Date: 2026.04.25
Name & Title of Judicial Office                      15:25:09 -07'00'
                                        Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## ELECTRONICALLY SUBMITTED REDACTED AFFIDAVIT

I, National Park Service Law Enforcement Ranger, Troy MERRELL, state under oath, the following:

1.      Your affiant is employed as a Law Enforcement Ranger with the Federal National Park Service (NPS) and has been so employed since May, 2023. Your affiant has more than 11 years of experience as a sworn state and federal law enforcement officer.  Your affiant is currently assigned to the Petrified Forest National Park (PEFO) and is charged with the investigation of crimes, to include traffic violations, such as Driving Under the Influence, assaults, including assaults on federal officers, and other crimes occurring in the Petrified Forest National Park within the District of Arizona.

2.      The information contained in this affidavit is based upon your affiant's personal knowledge, training, and experience, as well as information provided by other law enforcement officers and witnesses including those listed herein. Because this affidavit is being made to establish probable cause, your affiant has not included every fact known to him concerning this investigation.

### Background/Introduction

3.      This case involves an assault committed by Michael Wade TOMLINSON. TOMLINSON assaulted your affiant, a federal law enforcement

1

officer, while engaged in the performance of official duties. TOMLINSON assaulted your affiant while being placed under arrest for the commission of traffic violations, including Driving Under the Influence of Alcohol in a park area.

4.     The assault occurred on April 24, 2026, outside the gas station within the Petrified Forest National Park in the District of Arizona.

## Investigation

5.  On April 24, 2026, at approximately 1630 hours, while exercising my duties as a law enforcement officer in Petrified Forest National Park, in the District of Arizona, I was called by Glen Canyon Dispatch due to a reported rollover crash at the Puerco Pueblo parking area involving an adult male who was bleeding from the head. I responded and arrived on scene at approximately 1643 hours. Upon arrival, I observed a silver-tan colored SUV resting on its roof with a large amount of debris and fluids around the vehicle. I observed that the vehicle was heavily damaged, including damage to the front grill, the passenger side, and the wheels of vehicle. I saw an adult male, later identified as Michael Wade TOMLINSON, wearing blue jeans and a dark t-shirt with a head laceration. TOMLINSON was sitting on the ground talking on a cellphone.

6.  TOMLINSON stood up as I pulled into the parking lot and was visibly swaying. Two adult males and one adult female was with TOMLINSON and were unrelated park visitors who were helping him. I asked TOMLINSON if he was the only occupant of the crashed vehicle, and he said "yeah." I asked who he was on the

phone with, and the female, later identified as A.P., said he was using her phone and trying to call his dad.

7. I identified myself as a law enforcement officer to TOMLINSON and told him that we were going to take care of him and get him checked out. TOMLINSON told me that he was fine, however, I observed that he was unable to walk without assistance, was unsteady, and had slow slurred speech.

8. During my brief medical assessment1, I could detect a strong odor of an alcoholic beverage on TOMLINSON's breath and about his person. I also observed that he had red, bloodshot eyes that were glassy and watery. I attempted to get blood pressure but was unable to do so due to TOMLINSON's movements.

9. I then spoke with T.G., who told me that TOMLINSON told him he was drinking before the accident. I asked TOMLINSON how much he had to drink today, and he said "not much." I asked TOMLINSON when he last drank, and he said he didn't remember. I asked TOMLINSON if he was drinking while he was in the park and he said, "no."

10.TOMLINSON continually asked the same questions multiple times and had difficulty keeping his head up. He asked me multiple times what happened. I informed him that he appeared heavily intoxicated but that we were going to deal with the medical first to make sure he was okay. Puerco Valley Fire assumed care of TOMLINSON at approximately 1704 hours.

---

1 Your affiant has training as an emergency medical technician.

3

11. I took photographs of the scene and observed that all side curtain airbags of the vehicle had deployed. I could see alcohol containers in the interior of the vehicle, including a 12-pack case of Coors Light beer, which was empty, a full can of Coors Light beer, and a case of Lone River hard seltzer alcoholic beverages.

12. Puerco Valley Fire left with TOMLINSON at approximately 1735 hours, and I stayed at the scene to further investigate and wait for a tow truck driver to arrive.

13. At approximately 1742 hours, I heard radio traffic from the Puerco Valley Fire ambulance crew advising their dispatch that TOMLINSON was fighting them and requesting a DPS Trooper to respond to their location. Dispatch then advised me that TOMLINSON had jumped out of the ambulance and was at the Petrified Forest headquarters location near the highway.

14. I responded and I arrived at the north entrance fee booth at approximately 1754 hours. As I drove past the gas station, I saw TOMLINSON walking out from the construction area along the wall of the gas station, heading towards the main road. I jumped out of my vehicle and informed TOMLINSON he was under arrest and told him to turn around and place his hands behind his back. As soon as I double locked his handcuffs and started to walk him to my vehicle, TOMLINSON pulled away, trying to hit me with his elbow. TOMLINSON then aggressively kicked me with his right leg multiple times, striking my left and right legs in the shin and knee area. I got TOMLINSON to the front of my vehicle, and

4

he attempted to headbutt me and kicked me again, again striking me in my leg. I used an arm control technique to maintain control of TOMLINSON and repeatedly told him to stop fighting me. Once TOMLINSON stopped actively fighting me, I walked him to the passenger side of my vehicle. TOMLINSON attempted to pull away once more but then became compliant.

15. After a quick search of TOMLINSON's pockets, I placed him in the rear cage of my vehicle. Once he was seated, I attempted to fasten the seatbelt, and TOMLINSON headbutted me and kicked me again, striking me in the right leg area. TOMLINSON then told me he would "fuck me up." I utilized head control to attempt to control TOMLINSON and prevent him from headbutting me more. TOMLINSON kept actively resisting me, placing his left leg in the door jamb of my patrol vehicle to pin it open while aggressively kicking me with his right leg, hitting me in the right forearm and right leg, and attempting to get out of my vehicle. I told TOMLINSON he would be taken to the ground if he didn't stop fighting. TOMLINSON continued to fight aggressively, attempting to push his body and legs against me to get out of the vehicle. I called dispatch multiple times to request another unit, but communications were not going through.

16. TOMLINSON refused to listen and kept actively fighting and screaming profanities. I used my right hand and placed it at TOMLINSON's upper chest and neck area to keep head control while I drew my taser. I placed my taser on TOMLINSON's right upper thigh and told him if he didn't stop fighting me and get

5

in the vehicle, he was going to be tased (drive stunned). TOMLINSON said, "you're going to tase me?" I told him that I would if he did not get in the vehicle. TOMLINSON began to comply, pulling his legs in the vehicle, and I quickly shut the door.

17. At 1801 hours, an Apache County Deputy arrived at my location just after I got TOMLINSON back in the vehicle. I told the deputy that TOMLINSON had been fighting me and she asked if I was okay. I told the deputy that I was okay and that I just had some black and blues (abrasions), and the deputy pointed out that I was bleeding on my right forearm where my skin was broken.

18. I later learned that DPS Trooper Tapia interviewed the EMT who was injured by TOMLINSON in the ambulance and that the EMT had bruising on his torso from the physical attack by TOMLINSON. I was informed that DPS would be filing state charges against TOMLINSON for assaulting the EMT and for threatening the ambulance driver.

19. I was on duty, in uniform, and working in the course and scope of my duties as a law enforcement officer for NPS when the above-described assault occurred.

## Conclusion

20. Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant, MICHAEL WADE TOMLINSON, committed the offenses of Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1),

6

and Driving Under the Influence of Alcohol in a Park, in violation of 36 C.F.R. §

4.23(a)(1) .

  **Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: <u>April 25, 2026</u>

TROY MERRELL

Digitally signed by TROY MERRELL
Date: 2026.04.25 13:52:21 -07'00'

Troy W. Merrell
Law Enforcement Ranger, NPS

 X   Sworn by Telephone

Date/Time: _____

Camille D. Bibles

Digitally signed by Camille D. Bibles
Date: 2026.04.25 15:22:54 -07'00'

Camille D. Bibles
United States Magistrate Judge

7